**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA,**

                 Petitioner,        Misc. No. 5:11-MC-21
                                                       (NAM/DEP)

  vs.

**PATRICIA D. REW,**

                 Respondent.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDED ORDER FOR BOND AND FINES

      The Court having issued an Order To Show Cause for Contempt on August 11, 2011, and a warrant for the arrest of the Respondent herein on September 7, 2011, based upon said Respondent's failure to appear as previously ordered by this Court, and the Respondent having been arrested and brought before the Court on September 20, 2011 , and having been heard with respect to the matters at issue herein, and the Court having issued an Order for Bond and Fines at that time, and the Respondents having posted $50.00 with the Clerk of the Court,

      NOW, upon motion of Richard S. Hartunian, United States Attorney for the Northern District of New York for a modification of the September 20, 2011 Order for Bond and Fines, and upon all the prior papers and proceedings herein, it is

      **ORDERED** that the additional $450.00 referred to in the appearance bond is waived in view of respondent's appearance in Court and commencement of cooperation with the Revenue Officer; and it is further

      **ORDERED** that **on or before October 7, 2011**, Respondent comply with the Internal

Revenue Service Summons served upon her on December 3, 2010, by appearing before Revenue Officer John R. Vella, or any other appropriate employee of the Internal Revenue Service, at Metrocenter, 49 Court Street, Binghamton, New York, and at that time she give testimony and produce for examination certain books, records, papers, and other data, all as directed in the aforementioned Summons.

**IT IS FURTHER ORDERED** that, if Respondent has not complied with the aforementioned summons as directed herein on or before October 7, 2011, the Petitioner herein so inform this Court by affidavit of counsel, whereupon forfeiture of the aforementioned bond shall be ordered. Additionally, a fine of $100.00 (One Hundred Dollars) for every day of non-compliance thereafter will be imposed upon Respondent without further hearing of any kind.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the cash or corporate surety posted by Respondent pursuant to this Order until such time as the United States Attorney's Office advises the Court in writing that the terms of this Order have been fully complied with, or provides the aforementioned affidavit of non-compliance, and it is further

**ORDERED** that this Order is not intended and shall not be construed as limiting in any way the further sanctions which the United States Attorney may seek or that this Court may impose should Respondent fail in any way to comply with Order; and it is further

**ORDERED** that the Clerk shall serve this order on respondent by certified mail.

Dated: September 26, 2011
　　　　Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge